UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHANEY LEAVONE NORVELL, | No. 2:16-cv-1437 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. ROBERTS, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Although plaintiff filed a copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, the document is not certified by prison officials.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a *certified* copy of his prison trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

////

////

////

1

1 | failure to comply with this order will result in a recommendation that this action be dismissed
2 | without prejudice.
3 | Dated: July 21, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

norv1437.3c.new(2)