UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHANEY LEAVONE NORVELL,<br><br>              Plaintiff,<br><br>   v.<br><br>D. ROBERTS, et al.,<br><br>             Defendants. | No.  2:16-cv-1437 KJN P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner, proceeding without counsel.  He consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By an order filed July 21, 2016, plaintiff was ordered to file a certified trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a certified trust account statement.  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice based on his failure to comply with the court's order.  Fed. R. Civ. P. 41(b).  Failure to respond to this order will result in the dismissal of this action.

Dated:  August 19, 2016

/norv1437.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1