1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHANEY LEAVONE NORVELL,              No.  2:16-cv-1437 KJN P

12                 Plaintiff,

13          v.                                ORDER

14    D. ROBERTS, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel.  He consented to proceed before

18    the undersigned for all purposes. See 28 U.S.C. § 636(c).  On August 19, 2016, plaintiff was

19    ordered to show cause why this action should not be dismissed based on plaintiff's failure to

20    provide a certified trust account statement.  On August 22, 2016, and August 25, 2016, plaintiff

21    filed documents reiterating his difficulties in obtaining the statement from prison officials, and

22    asking that this action proceed.  (ECF Nos. 9, 10.)

23          On August 1, 2016, the court implemented a new procedure for the provision of prison

24    trust account statements directly from the prison which requires prisoners to sign the court's

25    revised application to proceed in forma pauperis.  Thus, plaintiff should complete and return the

26    enclosed application to proceed in forma pauperis, and the California Department of Corrections

27    and Rehabilitation ("CDCR") will provide the necessary certified financial information.  In other

28    words, plaintiff does not have to obtain the certified financial information because the CDCR will

1

1  now provide the information directly to the court.  However, plaintiff is cautioned that his failure

2  to sign and return the revised form provided with this order will result in the dismissal of this

3  action.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.  The August 19, 2016 order to show cause (ECF No. 8) is discharged;

6       2.  The Clerk of the court shall serve plaintiff with the new application to proceed in

7  forma pauperis by a prisoner; and

8       3.  Plaintiff must sign and return the enclosed application to proceed in forma pauperis

9  within twenty-one days.

10  Dated:  September 6, 2016

11

12  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

13

14  /norv1437.ifpn

15

16

17

18

19

20

21

22

23

24

25

26

27

28