UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHANEY LEAVONE NORVELL, | No. 2:16-cv-1437 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. ROBERTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 11, 2016, plaintiff's complaint was dismissed as barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), because plaintiff challenged the rules violation report ("RVR") incurred for obstructing a peace officer by refusing housing. (ECF No. 16.) Plaintiff did not file an amended complaint as required by such order. Rather, on October 24, 2016, plaintiff filed a letter to the undersigned, claiming that the court cannot dismiss a complaint about a corrections officer being corrupt. Plaintiff provided numerous exhibits, including a copy of the June 17, 2016 RVR. (ECF No. 21 at 3-42.) As plaintiff was previously informed, he cannot pursue a damages claim in connection with the loss of credits resulting from the RVR until he demonstrates that the disciplinary action has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal, or called into question by a federal court's issuance of a writ of habeas corpus. (ECF

1   No. 16 at 4.)  Plaintiff's response makes clear that he continues to challenge the June 17, 2016
2   rules violation report in this civil rights action.  (ECF No. 21.)  However, plaintiff did not
3   demonstrate that the RVR has been reversed, expunged, or otherwise invalidated, as required
4   under <u>Heck</u>.  This court is bound to follow the Supreme Court's ruling in <u>Heck</u>.  Therefore, for
5   the reasons set forth in this court's October 11, 2016 order, this action is dismissed without
6   prejudice.

  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  November 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/norv1437.dsm

2